UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-N-03-30018-MAP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GERALD PHILLIPS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S MOTION FOR DISCOVERY

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this Motion for Discovery as follows:

1. Pursuant to Fed.R.Crim.Pro. 16(b)(1)(A), the Government requests any and all discovery relating to any alleged defenses of vindictive prosecution, impairment of the grand jury process, interference with the right to counsel, lack of knowledge and/or intent, and/or lack of motive. Said request, includes, but is not limited to: (1) Memorandum to the File, including an unredacted copy of Exhibit 10 to Defendant's Motion for Discovery re: Prosecutorial Vindictiveness; (2) Correspondence, including correspondence between Attorney Ferrara and

1

Jamie Dwyer; (3) Telephone messages, including telephone messages between Attorney Ferrara and Jamie Dwyer; (4) Handwritten notes, including handwritten notes relating to meetings between Attorney Ferrara and Jamie Dwyer; and (5) Legal fees and/or bills reflecting meetings and/or lack there of between Attorney Ferrara and Jamie Dwyer.

2. Pursuant to Fed.R.Crim.Pro. 16(b)(1)(B) and 16(b)(1)(C), the Government requests any and all discovery relating to any alleged defenses of vindictive prosecution, impairment of the grand jury process, interference with the right to counsel, lack of knowledge and/or intent, and/or lack of motive.

Filed this ___th day of October, 2003.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                                WILLIAM M. WELCH II
                                Assistant United States Attorney

## CERTIFICATE OF SERVICE

Hampden, ss.                                  Springfield, Massachusetts
                                              October 6, 2003

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to:

David P. Hoose, Esq.
1145 Main Street
Springfield, MA  01101

John Ferrara, Esq.
73 State Street
Suite 101
Springfield, MA  01103

Thomas Rooke, Esq.
73 Chestnut Street
Springfield, MA  01103

Vincent Bongiorni, Esq.
95 State Street
Springfield, MA  01103-2000

                                                WILLIAM M. WELCH II
                                                Assistant United States Attorney