OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
FEDERAL BUILDING & COURTHOUSE BUILDING
1550 MAIN ST.
SPRINGFIELD, MASSACHUSETTS 01103
TELEPHONE: 413-785-0214
FAX: 413-785-0204

**TONY ANASTAS**  **JOHN C. STUCKENBRUCK**
**CLERK**  **DIVISION MANAGER**

# Document SEALED by Court Order.